# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD D. CARSTENS, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MICHIGAN DEPARTMENT OF )<br>TREASURY and )<br>PENSION BENEFIT GUARANTY )<br>CORPORATION, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 1:09-cv-01596 (RMC) |

## ORDER

The Court has reviewed the Pension Benefit Guaranty Corporation's Motion to Dismiss Plaintiff's Complaint and good cause having been shown, it is:

ORDERED: That the above-captioned case is dismissed for failure to state a claim upon which relief can be granted.

Dated:_____                            _____
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge